IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01535-WYD-MJW

PAUL J. MORRISON, an individual,

Plaintiff(s),

v.

MACDERMID, INC, a Colorado corporation, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion for the Submission of Proposed Protective Order (docket no. 19) is GRANTED as follows.  This court finds that a protective order is appropriate and good cause has been shown for such protective order. However, this court finds that the defendant's proposed protective order (docket no. 25-2) should be entered as an order of this court with the following amendments to such protective order.  The defendant's version of the protective order (docket no. 25-2) is APPROVED as amended in paragraphs 3 and 9, and made an Order of Court.

Date:  November 6, 2007