IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01535-WYD-MJW
PAUL J. MORRISON, an individual,

PLAINTIFF,

v.

MACDERMID, INC., a Colorado corporation;
DONALD G. OGILVY, individually, and in his official capacity as Member of the Board of Directors and Chairman of the Audit Committee,

DEFENDANTS.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE AND RESCHEDULE DECEMBER 19, 2007 SETTLEMENT CONFERENCE**
**(document 30)**

---

THE COURT, having reviewed Defendants' Unopposed Motion to Vacate and Reschedule December 19, 2007 Settlement Conference, and being otherwise fully informed in this matter, hereby GRANTS the Motion. The Settlement Conference set for December 19, 2007 is hereby VACATED and RESCHEDULED for March 13, 2008 at 3:00 pm. Settlement Statements are Due on March 7, 2008.

Dated this 13th day of December, 2007

BY THE COURT:

*[signature]*

Michael J. Watanabe
U.S. Magistrate Judge