IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01535-WYD-MJW

PAUL J. MORRISON, an individual,

Plaintiff(s),

v.

MACDERMID, INC, a Colorado corporation, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion to Compel and for Sanctions for Failure to Provide Requested Discovery (docket no. 39) is DENIED WITHOUT PREJUDICE.

     It is FURTHER ORDERED that Defendant shall provide to Plaintiff a privilege log on or before May 9, 2008, concerning the other "meeting minutes" or as to other documents that Defendant has not disclosed per the Plaintiff's Request for Production.

     In this case, it appears that there was a misunderstanding between counsel as to other "meeting minutes." There are apparently other "meeting minutes," but Defendant's counsel has determined that such other "meeting minutes" are not relevant as to the issues in this case. However, Defendant's counsel has not provided to Plaintiff's counsel a privilege log as to such other "meeting minutes."

Date: April 29, 2008