IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07cv01535-WYD-MJW

PAUL J. MORRISON, an individual,

    PLAINTIFF,

v.

MACDERMID, INC., a Colorado corporation,
DONALD G. OGILVY, individually, and in his official capacity as Member of the Board of Directors and Chairman of the Audit Committee,

    DEFENDANTS.

---

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL & IN CAMERA REVIEW OF DEFENDANTS' JONES DAY REPORT (Docket No. 41)

---

The Court, having reviewed Plaintiff's Motion to Compel *In Camera* review of Defendants' Jones Day Report, and good cause appearing therefore, the Court HEREBY ORDERS as follows:

1. Plaintiff's Motion to Compel is GRANTED.

2. Defendants shall provide a complete unredacted version of the Report to the Special Committee of MacDermid, Inc. (a/k/a the Jones Day Report) (#) to the Court not later than MAY 9, 2008, consistent with D.C.COLO.LCivR. 7.2 and 7.3.

SO ORDERED this 29th day of April 2008.

BY THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

(#) Along with the Redacted Version of the Report to the Special Committee of MacDermid [AKA The Jones Day Report]