IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01535-WYD-MJW

PAUL J. MORRISON, an individual,

Plaintiff(s),

v.

MACDERMID, INC, a Colorado corporation, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Defendants' Unopposed Motion for Clarification of Order Regarding Disclosure of the Unredacted Jones Day Report (docket no. 55) is GRANTED. This court's order (docket no. 53) is limited to the Jones Day Report only and that the issue of personal jurisdiction and venue over Defendant Oglivie remains the subject of the pending motion to dismiss (docket no. 8) that has yet to ruled on by Judge Daniel.

Date: June 2, 2008