IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01535-WYD-MJW

PAUL J. MORRISON, an individual,

    PLAINTIFF,

v.

MACDERMID, INC., a Colorado corporation;
DONALD G. OGILVY, individually, and in his official capacity as Member of the Board of Directors and Chairman of the Audit Committee,

    DEFENDANTS.

---

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUBMIT A PORTION OF KPMG PRODUCTION UNDER SEAL
( Docket No. 64 )

---

This matter is before the Court on Defendants' Unopposed Motion to Submit a Portion of KPMG Production Under Seal for *In Camera* Review. The Court, having reviewed the Motion, and being otherwise fully informed in this matter, hereby GRANTS the motion. The redacted and unredacted versions of certain documents produced by nonparty KPMG in response to Plaintiff's subpoena duces tecum, ("KPMG Production") are accepted under seal.

    Dated this 26th day of June, 2008.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

\\\DE - 024966/000012 - 375715 v1