IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MICHAEL J. WATANABE**
**U. S. Magistrate Judge**

Civil Action No. 07-cv-01535-WYD-MJW

PAUL J. MORRISON, an individual,

Plaintiff,

v.

MACDERMID, INC, a Colorado corporation, et al.,

Defendants.

MINUTE ORDER (DN 76)

It is hereby ORDERED that the Defendants' Unopposed Motion to Vacate and Reschedule July 28, 2008 Final Pretrial Conference, DN 76, filed with the Court on July 24, 2008, is GRANTED. The Final Pretrial Conference set on July 28, 2008, at 9:00 a.m., is VACATED and RESCHEDULED to July 28, 2008, at 8:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: July 25, 2008