## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: February 24, 2009

---

Civil Action No. 07-cv-01535-CMA-MJW

| *Parties:* | *Counsel:* |
|---|---|
| PAUL J. MORRISON, an individual, | Bryan Kuhn |
| Plaintiff, | |
| v. | |
| MACDERMID, INC., a Colorado corporation, DONALD G. OGILVY, individually, and in his official capacity as Member of the Board of Directors and Chairman of the Audit Committee, | Edwin Aro<br>Nicholas Heinke<br>Anna Edgar |
| Defendants. | |

---

## COURTROOM MINUTES
---

HEARING: Final Trial Preparation Conference

**1:05 p.m.    Court in session**.

Stipulated Jury Instructions; Plaintiff and Defendants' Competing Jury Instructions, with and without authority; Defendants' Proposed Verdict Form; and Plaintiff and Defendants' Witness Lists received by the Court.

**ORDER:**    Defendants' Motion for Summary Judgment **(54)** is **denied**.

Counsel are directed to be in court one-half hour prior to trial to review the Trial Checklist with the courtroom deputy.

The case will be tried to a jury of 10.

Counsel allowed 15 minutes per side for *voir dire*.

**DEADLINES/HEARINGS:**
*Daubert* Hearing set for **March 16, 2009, at 8:30 a.m.**
Objection to proposed *voir dire* questions due **one week from today's date**.
Statement of the Case due **March 20, 2009, 4:00 p.m.**
Glossary due **March 20, 2009, 4:00 p.m.**

**1:29 p.m.    Court in recess/hearing concluded**.

Total in-court time: 00:24