IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07cv01535-~~WYD~~-MJW *CMA*

PAUL J MORRISON, an individual,

PLAINTIFF,

v.

MACDERMID, INC., a Colorado corporation,
DONALD G. OGILVY, individually, and in his official capacity as Member of the Board of Directors and Chairman of the Audit Committee,

DEFENDANTS.

---

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBMIT A PORTION OF KPMG, L.L.P. PRODUCTION UNDER SEAL FOR IN CAMERA REVIEW
( Docket No. 108 )

---

The Court, having carefully reviewed Plaintiff's Unopposed Motion to submit a portion of KPMG, L.L.P. production documents under seal for *in camera* review, and good cause appearing therefore, the Court HEREBY ORDERS as follows:

1. Defendants shall provide a complete copy of the thirty-five (35) KPMG, L.L.P. production documents under seal to the Court not later than March 12, 2009.

2. The Court will then review the documents *in camera* and determine which, if any, of the documents submitted are relevant to the instant action. Upon the making of such determination, those documents which the Court determines to be relevant to the claims at issue in this case shall be unsealed at that time and immediately produced to Plaintiff.

SO ORDERED this 9th day of March 2009.

BY THE COURT:

*/s/ Michael J. Watanabe*
Michael J. Watanabe
United States Federal Magistrate Judge