IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MICHAEL J. WATANABE**
U. S. Magistrate Judge

Civil Action No. 07-cv-01535-CMA-MJW

PAUL J. MORRISON, an individual,

Plaintiff,

v.

MACDERMID, INC, a Colorado corporation, et al.,

Defendants.

MINUTE ORDER

It is hereby ORDERED that Defendants' Unopposed Motion to Amend Final Pretrial Order (docket no. **109**) is GRANTED finding no objection by Plaintiff. Exhibit A attached to this motion is incorporated by reference into the Final Pretrial Order.

Date: March 10, 2009