## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  Date: March 16, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 07-cv-01535-CMA-MJW

| *Parties:* | *Counsel:* |
|---|---|
| PAUL J. MORRISON, an individual, | Bryan Kuhn |
| Plaintiff, | |
| v. | |
| MACDERMID, INC., a Colorado corporation, DONALD G. OGILVY, individually, and in his official capacity as Member of the Board of Directors and Chairman of the Audit Committee, | Edwin Aro Anna Edgar |
| Defendants. | |

---

## COURTROOM MINUTES
---
HEARING: *Daubert*

**8:30 a.m.** **Court in session**.

**Sworn and testified: TAYLOR SIMONTON:**
8:33 a.m.   Direct examination by Mr. Aro.
            Admitted as an expert in the field of accounting and auditing in general corporate governance.
9:04 a.m.   Cross-examination.
**Exhibit received:** 1, 2.
**9:08 a.m.** **Witness excused**.

Argument.

**ORDER:**   Plaintiff's Pretrial Motion *in Limine* **(60)** is **denied**.

**ORDER:** Defendants' First Motion *in Limine* Concerning Plaintiff's Accounting Allegations **(102)** is **granted**.

**ORDER:** Defendants' Second Motion *in Limine* Concerning Plaintiff's Estimates of Lost Future Earnings **(104)** is **granted** to the extent that Mr. Morrison would testify as to anything other than his personal knowledge as to what he was making versus what he is making now.

**ORDER:** Defendants' Motion *in Limine* to Seal Confidential Trial Exhibit in the Record **(118)** is **granted**.

**DEADLINES/HEARINGS:**
Status report due **March 18, 2009**.
Counsel shall provide the Court with additional submissions as to Defendants' Third Motion *in Limine* **(101)**.

**ORDER:** Upon the conclusion of the hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

**9:30 a.m.** **Court in recess/hearing concluded**.

Total in-court time: 1:00