**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01535-CMA-MJW

PAUL J. MORRISON, an individual,

    Plaintiff,

v.

MACDERMID, INC., a Colorado Corporation;
DONALD G. OGILVY, individually, and in his official capacity as
   Member of the Board of Directors and Chairman of the Audit Committee,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED: March  25 , 2009

                                              BY THE COURT:

                                              _____
                                              Christine M. Arguello
                                              United States District Judge